UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 18–30287
Chapter 13
Denise Stoudemire,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on February 26, 2018 at 09:00 AM

to consider and act upon the following:

3 – Application to Pay Filing Fee in Installments filed by Richard D. Shinbaum on behalf of Denise Stoudemire. (Shinbaum, Richard)

Dated February 5, 2018

Juan–Carlos Guerrero
Clerk of Court