# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: DENISE STOUDEMIRE  
       725 BLUEBERRY HILL ROAD  
       PRATTVILLE, AL 36067

CASE NO: 18-30287-WRS

Soc. Sec. No. XXX-XX-6789  
       Debtor.

## INCOME WITHHOLDING ORDER

TO: LONGVIEW CRF  
     ATTN PAYROLL  
     P O BOX 233  
     COOSADA, AL 36020

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that LONGVIEW CRF withhold from the wages, earnings, or other income of this debtor the sum of **$100.00 BI-WEEKLY** and remit all such funds withheld to:

    CHAPTER 13 TRUSTEE  
    18-30287-WRS DENISE STOUDEMIRE  
    P O BOX 613108  
    MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, February 7, 2018.

cc: Debtor  
    Debtor's Attorney

*/ s / William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge