UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   DENISE STOUDEMIRE )
                            ) CASE NO. 18-30287-WRS-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed an unsecured claim in the amount of $500.00.

2. The basis for this claim is an unsecured loan which was taken by the debtor FEBRUARY 1, 2018, the same date that she filed for protection under Chapter 13 of the United States Bankruptcy Code.

3. The plan is filed in bad faith and may not be confirmed pursuant to 11 U.S.C. Section 1325(a)(3)

4. The plan makes no provision for the repayment of this recently obtained loan.

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                           GUARDIAN CREDIT UNION

                                           By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this March 23, 2018.

SABRINA L. MCKINNEY  
Chapter 13 Trustee  
PO BOX 173  
MONTGOMERY AL 36101-0173

RICHARD D SHINBAUM  
SHINBAUM LAW FIRM  
56 SOUTH PERRY STREET  
MONTGOMERY AL 36104

DENISE STOUDEMIRE  
725 BLUEBERRY HILL ROAD  
PRATTVILLE AL 36067

                                          /s/ Leonard N. Math